978

No. 739. LAUCHLI, TRUSTEE, *v.* HARTMAN ET AL. C. A. 8th Cir. Certiorari denied. *Kenneth Teasdale* for petitioner. *R. Forder Buckley* for respondents. ▮

No. 740. MORAN TOWING & TRANSPORTATION CO., INC. *v.* EMPRESA HONDURENA DE VAPORES ET AL. C. A. 5th Cir. Certiorari denied. *Selim B. Lemle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Leavenworth Colby* for the United States, respondent. ▮

No. 762. BLOCK *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Francis P. O'Neill* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *H. Lawrence Hinkley,* Deputy Attorney General, and *Norman H. Comstock,* Assistant Attorney General, for respondent. ▮

No. 763. SHACKELL *v.* MARZALL, COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondent. ▮

No. 774. OXNARD CANNERS, INC. ET AL. *v.* BRADLEY. C. A. 9th Cir. Certiorari denied. *C. P. Goepel* for petitioners. *Oscar A. Mellin* and *Jack E. Hursh* for respondent. ▮

No. 779. AMERICAN TOBACCO CO. ET AL. *v.* HADJIPAT-ERAS ET AL. C. A. 2d Cir. Certiorari denied. *Henry N. Longley* and *John W. R. Zisgen* for petitioners. *Barent*